1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DENNA RENEE VILLALOVOS, | Civil No. C11-1651-RSM-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's

Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended

as follows:

• Defendant shall have up to and including February 29, 2012, to file Defendant's

responsive brief; and

• Plaintiff shall have up to and including March 14, 2012, to file a reply brief.

DATED this 9th day of February, 2012.

Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C11-1651-RSM-MAT]

1

2    Presented by:

3    s/ Lisa Goldoftas
     LISA GOLDOFTAS
4    Special Assistant U.S. Attorney
     Office of the General Counsel
5    Social Security Administration
     701 Fifth Avenue, Suite 2900 M/S 221A
6    Seattle, WA 98104-7075
     Telephone:  (206) 615-3858
7    Fax:  (206) 615-2531
     lisa.goldoftas@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23