01

02

03

04

05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  DENNA RENEE VILLALOVOS,                    )
                                               )    CASE NO. C11-1651 RSM
09                    Plaintiff,               )
                                               )
10        v.                                   )    ORDER REMANDING CASE
                                               )
11  MICHAEL J. ASTRUE, Commissioner of         )
    Social Security,                           )
12                                             )
                      Defendant.               )
13  _____  )

14        The Court, after careful consideration of plaintiff's complaint, the parties' briefs, all

15  papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

16  the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the

17  record, does hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation;

19        (2)    The final decision of the Commissioner is REVERSED and this case is

20  REMANDED to the Social Security Administration for further proceedings not inconsistent

21  with the Report and Recommendation; and

22  / / /


ORDER REMANDING CASE
PAGE -1

01         (3)      The Clerk of the Court is directed to send copies of this Order to the parties and

02 to Judge Theiler.

03         DATED this 1st day of June 2012.

04

05

06                              RICARDO S. MARTINEZ

07                              UNITED STATES DISTRICT JUDGE

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER REMANDING CASE
PAGE -2